IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| DEAN KINNEY | § | |
| Vs. | § | CIVIL ACTION NO. 9:99CV77 |
| BOBBY WEAVER, ET AL. | § | |

<u>MEDIATION REPORT</u>

A mediation conference was held on September 24, 2004.

All required parties to the mediation were present or represented.

The mediation resulted in a SETTLEMENT.

Mediator's note: The parties agreed to file a joint motion to dismiss after the agreement is signed and the contingencies met. The Court can expect the motion to dismiss to be filed within thirty days.

So **ORDERED** and **SIGNED** this **28** day of **September, 2004.**

_____
JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE